COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Cause number:      01-14-00452-CV

Style:      Cameron International Corporation

**v** Jeremy Guillory, Rampage Energy Services, LLC, Rampage Holding Corporation, Frontier Entities, LLC, Douglas Todd Robinson, and Frontier Services, Inc.

Date motion filed[*]:      July 25, 2014

Type of motion:      Motion for Admission Pro Hac Vice (Joseph A. Kroeger); Motion in Support of Admission Pro Hac Vice (Joseph A. Kroeger)

Party filing motion:      Joseph A. Kroeger; Appellees

Document to be filed:

If motion to extend time:

      Deadline to file document:

      Number of previous extensions granted:

      Length of extension sought:

Ordered that motion is:

☒    Granted
If document is to be filed, document due:

    ☐   The Clerk is instructed to file the document as of the date of this order
    ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature:  /s/ Jane Bland
      ☒ Acting individually    ☐ Acting for the Court

      Panel consists of _____.

Date:  July 29, 2014